PROSKAUER ROSE LLP
Susan D. Friedfel (SF 1188)
1585 Broadway
New York, NY 10036-8299
(212) 969-3384
(212) 969-2900 (fax)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| MONA HAMZA, | : | |
| | : | |
| Plaintiff, | : | 07 CV 5974 |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| SAKS INCORPORATED and | : | |
| SAKS FIFTH AVENUE, INC., | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Please enter the appearance of Susan D. Friedfel, Esq. of Proskauer Rose LLP as counsel of record in this case for defendants, Saks Incorporated and Saks Fifth Ave, Inc. Entry of this appearance shall in no way be deemed a waiver of any defenses, including but not limited to any and all jurisdictional defenses, available to defendants.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 18, 2007

                                                Respectfully submitted,

                                                /s/ Susan D. Friedfel
                                                Susan D. Friedfel (SF-1188)
                                                PROSKAUER ROSE LLP
                                                1585 Broadway
                                                New York, New York  10036
                                                (212) 969-3384
                                                sfriedfel@proskauer.com
                                                Attorneys for Defendants