PROSKAUER ROSE LLP
Susan D. Friedfel (SF 1188)
1585 Broadway
New York, NY 10036-8299
(212) 969-3384
(212) 969-2900 (fax)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MONA HAMZA,                                     :
                                                :
                    Plaintiff,                  :        07 CV 5974
                                                :
         v.                                     :
                                                :        **RULE 7.1 STATEMENT**
SAKS INCORPORATED and                           :
SAKS FIFTH AVENUE, INC.,                        :
                                                :
                    Defendants.                 :
-------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for Defendant Saks Fifth Avenue, Inc. certifies that Saks Fifth Ave., Inc.'s parent corporation is Saks & Company and that no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated: New York, New York
       July 18, 2007

                                                   PROSKAUER ROSE LLP

                                                   By: _/s/ Susan D. Friedfel_____
                                                   Susan D. Friedfel (SF-1188)
                                                   1585 Broadway
                                                   New York, NY 10036-8299
                                                   (212) 969-3384
                                                   (212) 969-2900
                                                   Attorneys for Defendants