UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

MONA HAMZA,                                   :    Case No. 07 CIV 5974
                Plaintiff,
                                    :
      -against-
                                    :
                                       AFFIDAVIT OF SERVICE
SAKS INCORPORATED and SAKS FIFTH    :
AVENUE, INC.,
                                    :
            Defendant

------------------------------ x

STATE OF NEW YORK    )
                         )ss.:
COUNTY OF NEW YORK    )

        Roger N. Mclean, being duly sworn, deposes and states:

1. I am not a party of the action, am over eighteen years of age, and reside in Kings County.

2. On July 18, 2007 I served **NOTICE OF APPEARANCE; RULE 7.1 STATEMENT for Saks Fifth Avenue, Inc and RULE 7.1 STATEMENT for Saks Incorporated** upon the following party(ies) at the address(es) designated by them for that purpose; Larraine Feiden, Esq. Feiden Law Firm, One Blue Hill Plaza 11th Floor Pearl River, NY 10965.

3. Said service was made by depositing true copies of above referenced papers enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of United State Post Office, within the State of New York.

                                                          _____
                                                          Roger N. Mclean
                                                          Lic No. 1017623

Sworn to before me
18th of July, 2007

_____
Notary Public       ANTHONY LOPEZ
                      Notary Public, State of New York
                      No. 6015568
                      Qualified in New York County
                      Commission Expires Nov. 22, 2010