UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MONA HAMZA**                **INDEX# 07 CIV. 5974**         Plaintiff,

— AGAINST —

**SAKS INCORPORATED, ET. ANO.**

Defendant,

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 29th day of June, 2007, she served the Summons, Complaint and Electronic

Filing Insutructions on SAKS INCORPORATED, an authorized foreign corporation, one of

the defendants in this action by personally delivering to and leaving with a person, CAROL

VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and

125 lbs. authorized by the Secretary of State to receive such service, at the office of the

Department of State in the City of Albany, New York, duplicate copies thereof together with

the sum of $40.00 (forty dollars), the statutory fee.

_____
MARIA SCHMITZ

Sworn before me this
29th day of June, 2007

_____
LAWRENCE A. KIRSCH
    4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011