UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MONA HAMZA**   INDEX# 07 CIV. 5974   Plaintiff,

--- AGAINST ---

**SAKS INCORPORATED, ET. ANO.**

Defendant,

STATE OF NEW YORK )
                  )SS.
COUNTY OF ALBANY  )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 29th day of June, 2007, she served the Summons, Complaint and Electronic Filing Insutructions on SAKS FIFTH AVENUE, INC., an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

MARIA SCHMITZ

Sworn before me this
29th day of June, 2007

LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011