Robinson, J

PROSKAUER ROSE LLP
Susan D. Friedfel (SF 1188)
1585 Broadway
New York, NY 10036-8299
(212) 969-3384
(212) 969-2900 (fax)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MONA HAMZA,                               :
                                          :
                        Plaintiff,        :         07 CV 5974 (SCR)
                                          :
            v.                            :
                                          :         **STIPULATION TO EXTEND**
SAKS INCORPORATED and                     :         **DEFENDANTS' TIME TO**
SAKS FIFTH AVENUE, INC.,                  :         **ANSWER OR MOVE**
                                          :
                        Defendants.       :
------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel to the respective parties hereto, that both defendants time in which to answer, move, or otherwise respond to the Complaint is extended to and including September 10, 2007.

**IT IS FURTHER STIPULATED AND AGREED**, that defendants will not contest personal jurisdiction in this matter.

Dated: New York, New York
       July 16, 2007

FEIDEN LAW FIRM                              PROSKAUER ROSE LLP

By: /s/ Larraine Feiden                      By: /s/ Susan D. Friedfel
    Larraine Feiden (LF-7818)                    Susan D. Friedfel (SF-1188)
    One Blue Hill Plaza, 11th Floor              1585 Broadway
    Pearl River, New York 10965                  New York, New York 10036
    (845) 735-8500                                (212) 969-3384
    Attorneys for Plaintiff                      Attorneys for Defendants

So Ordered: /s/ Stephen C. Robinson          Date: July 20, 2007
            U.S.D.J.