UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MONA HAMZA,

                  Plaintiff,    :    07 cv 5974 (SCR)

      -against-

                              :    **AFFIDAVIT OF SERVICE**

SAKS INCORPORATED and
SAKS FIFTH AVENUE, INC.,

                Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF NEW YORK  )

      MARY JANE MCALEAVY, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and reside in Aberdeen, New Jersey.

      2. On September 10, 2007 I served the attached Answer of Defendant Saks Fifth Avenue, Inc. upon the following:

                Larraine Feiden
                Feiden Law Firm
                One Blue Hill Plaza-11th Floor
                New York, New York 10965
                Attorneys for Plaintiff

      3. Service was made by enclosing a true copy of the said document in a postpaid properly addressed wrapper and placing it in an official depository under the exclusive care and

custody of the United States Postal Service within the State of New York.

_____
MARY JANE MCALEAVY

Sworn to before me this
10th day of September, 2007

_____
Notary Public

JOHN G. FLEMING, JR.
Notary Public, State of New York
No. 01FL6072661
Qualified in New York County
Commission Expires April 8, 2010