AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

**Southern** DISTRICT OF **New York**

MONA HAMZA,
V.
SAKS INCORPORATED and
SAKS FIFTH AVENUE, INC.

APPEARANCE

Case Number: 07 CV 5974

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **plaintiff, Mona Hamza**

I certify that I am admitted to practice in this court.

September 21, 2007
Date

Signature: *Larraine Feiden*

Print Name: Larraine Feiden
Feiden Law Firm (LF 7818)
Bar Number

Address: One Blue Hill Plaza, 14th Floor

City/State/Zip: Pearl River, NY 10965

Phone Number: (845) 735-8500   Fax Number: (845) 735-7045