# FEIDEN LAW FIRM

One Blue Hill Plaza, 11th Floor
Pearl River, NY 10965
Telephone: (845) 735-8500
Facsimile: (845) 735-7045

# MEMO ENDORSED

Larraine Feiden

Marie Truglia
Legal Assistant

October 1, 2007

via fax: (914) 390-4179 (16 pages)
Judge Robinson
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: Mona Hamza v. Saks Incorporated and Saks Fifth Avenue, Inc.
       07 Civ. 5974

Dear Judge Robinson:

    Enclosed please find Plaintiff's Amended Complaint. Defendants' counsel has consented to the filing of same (e-mail from Attorney Friedfel attached). The amended Complaint is also being e-mailed to the Clerk's office.

Very truly yours,

*Larraine Feiden*

Larraine Feiden

cc: Susan D. Friedfel, Esq. Via fax: (212) 969-2900

*Plaintiff is hereby granted leave to file the amended Complaint.*

**APPLICATION GRANTED**

*Stephen C Robinson*  10/2/07
HON. STEPHEN C. ROBINSION

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:]