PROSKAUER ROSE LLP
Gershom R. Smith
1585 Broadway
New York, NY 10036-8299
(212) 969-3751
(212) 969-2900 (fax)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MONA HAMZA,

                Plaintiff,         07 CV 5974

         v.                         **NOTICE OF APPEARANCE**

SAKS INCORPORATED and
SAKS FIFTH AVENUE, INC.,

                Defendants.
------------------------------------------------------X

To the Clerk of this Court and all parties of record:

       Please enter the appearance of Gershom R. Smith, Esq. of Proskauer Rose LLP as counsel of record in this case for defendants, Saks Incorporated and Saks Fifth Ave, Inc. Entry of this appearance shall in no way be deemed a waiver of any defenses, including but not limited to any and all jurisdictional defenses, available to defendants.

       I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 10, 2007

                                                  Respectfully submitted,

                                                  Gershom R. Smith
                                                  PROSKAUER ROSE LLP
                                                  1585 Broadway
                                                  New York, New York  10036
                                                  (212) 969-3751
                                                  gsmith@proskauer.com
                                                  Attorneys for Defendants