PROSKAUER ROSE LLP
Marc A. Mandelman
1585 Broadway
New York, NY 10036-8299
(212) 969-3113
(212) 969-2900 (fax)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

MONA HAMZA,

                Plaintiff,                07 CV 5974

        v.                             **NOTICE OF APPEARANCE**

SAKS INCORPORATED and
SAKS FIFTH AVENUE, INC.,

                Defendants.
-----------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Please enter the appearance of Marc A. Mandelman, Esq. of Proskauer Rose LLP as counsel of record in this case for defendants, Saks Incorporated and Saks Fifth Ave, Inc. Entry of this appearance shall in no way be deemed a waiver of any defenses, including but not limited to any and all jurisdictional defenses, available to defendants.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 23, 2007

                                      Respectfully submitted,

                                      _____
                                      Marc A. Mandelman
                                      PROSKAUER ROSE LLP
                                      1585 Broadway
                                      New York, New York 10036
                                      (212) 969-3113
                                      mmandelman@proskauer.com
                                      Attorneys for Defendants