FEIDEN LAW FIRM
Larraine Feiden, Esq.
Attorney for Plaintiff
MONA HAMZA
One Blue Hill Plaza, 11th Fl.
Pearl River, N.Y. 10965
(845) 735-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MONA HAMZA,

                Plaintiff,

        -against-

SAKS INCORPORATED and
SAKS FIFTH AVENUE, INC.,

                Defendant.
-------------------------------------------------------------x

Case No. 07 cv 5974

**NOTICE OF APPEARANCE**

To the Clerk of this Court ans all parties of record:

Please enter the appearance of Jay Margolis, Esq. of Birbrower, Beldock & Margolis as counsel of record in this case for the Plaintiff, Mona Hamza. Entry of this appearance is in addition to the appearance of Larraine Feiden, Esq. of Feiden Law Firm attorney for the Plaintiff.

I certify that I am admitted to practice in this Court.

Dated: New City, New York
       January 17, 2008

                                                Respectfully submitted,

                                                Jay Margolis, Esq.
                                                BIRBROWER, BELDOCK & MARGOLIS
                                                Attorney for Plaintiff
                                                151 N. Main Street
                                                New City, N.Y. 10956
                                                845-267-4878