**FEIDEN LAW FIRM**
One Blue Hill Plaza, 11th Floor
Pearl River, NY 10965
Telephone: (845) 735-8500
Facsimile: (845) 735-7045



Larraine Feiden

Marie Truglia
Legal Assistant

## MEMO ENDORS!

February 14, 2008

Honorable Stephen C. Robinson
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: Mona Hamza v. Saks Incorporated and Saks Fifth Avenue, Inc.
        07 Civ. 5974

Dear Judge Robinson:

    On behalf of counsel for all parties to this action, an extension of time to complete depositions is respectfully requested. The Scheduling Order requires depositions to be completed by February 29, 2008. No prior requests for adjournments have been made.

    Following some issues regarding discovery which have been resolved by counsel, depositions have been scheduled for March 3 and 7, 2008. Additional dates for depositions, if needed, will be scheduled. Additionally, plaintiff may require the deposition of Jennifer Cooling, an employee of defendant, who is not due back from maternity leave until April 21, 2008. Accordingly, <u>an extension of time to complete depositions until April 30, 2008 is respectfully requested</u>. The parties are hopeful that this requested extension will not affect the April 30, 2008 discovery cut-off date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Respectfully submitted,

*Larraine Feiden*
Larraine Feiden

cc: Gershom R. Smith, Esq.
    Jay Margolis, Esq.

*Depositions to be completed by 4/30/08.*

**APPLICATION GRANTED**

*Stephen C Robinson*
HON. STEPHEN C. ROBINSION
2/19/08