FEIDEN LAW FIRM
Larraine Feiden, Esq.
Attorney for Plaintiff, Mona Hamza
One Blue Hill Plaza, 11th Floor
Pearl River, New York 10965
(845) 735-8500

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MONZA HAMZA,

                                                         Case No. 07 CV 5974
              Plaintiff,

   -against-                                   NOTICE OF APPEARANCE

SAKS INCORPORATED and
SAKS FIFTH AVENUE, INC.,

              Defendants.
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Please enter the appearance of BRIAN K. CONDON, ESQ., of the firm of CONDON RESNICK, LLP, as counsel of record in this case for the Plaintiff, MONA HAMZA. Entry of this appearance is in addition to the appearance of LARRAINE FEIDEN, ESQ. of FEIDEN LAW FIRM, attorney for the Plaintiff.

      I certify that I am admitted to practice in this Court.

Dated: Nyack, New York
       February 28, 2008

                                                CONDON RESNICK, LLP

                                                By: _____/s_____
                                                  Brian K. Condon (BKC 4683)
                                               *Attorney for Plaintiff*
                                               96 South Broadway
                                               Nyack, New York 10960
                                               brian@condonresnick.com
                                               (845) 358-8900