**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Gershom R. Smith
Attorney at Law

Direct Dial 212.969.3751
gsmith@proskauer.com

**MEMO ENDORSED**

April 30, 2008

**By UPS Next Day Delivery**

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601


RECEIVED
MAY 01 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

   Re: *Mona Hamza v. Saks Incorporated, et al.*
      07 Civ. 5974 (SCR)

Dear Judge Robinson:

  We represent defendants in the above-referenced matter. Discovery in this matter is currently scheduled to close on April 30, 2008, and a conference is scheduled for May 23, 2008. The parties respectfully request that the discovery completion date be adjourned to May 31, 2008, and that the conference be adjourned to June 23, 2008.

  The parties previously requested, and the Court granted, a request to extend the time to complete depositions through April 30, 2008.

            Respectfully submitted,

            Gershom R. Smith

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

cc: Larraine Feiden, Esq. (by e-mail)
  Brian Condon, Esq. (by e-mail)
  *Attorneys for Plaintiff*

6301/67684-001 Current/11108641v1

Discovery is to be complete by 5/31/08. Conference is adjourned to 6/27/08.

**APPLICATION GRANTED**

Stephen C. Robinson
**HON. STEPHEN C. ROBINSON**
5/1/08