**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                  June 3, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV5974(SCR)(LMS)

TO ALL PARTIES:

The matter of **HAMZA-V-SAKS, INC.** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **June 27, 2008** at 11:30 AM in Courtroom 420.

Notify any new parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: /s/ Lisa Margaret Smith

Hon. Lisa Margaret Smith
U.S.M.J.